UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PADILLA, JOSE M. | § | Case No. 12-09268 |
| PADILLA, RUTH J. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    U.S. Bankruptcy Court
    Dirksen Federal Building
    219 S. Dearborn St.
    Room 713
    Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/09/2014 in Courtroom 615,
    219 S. Dearborn St
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/08/2014        By: ROBERT B. KATZ

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
PADILLA, JOSE M. §    Case No. 12-09268
PADILLA, RUTH J. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 90,417.76 |
| and approved disbursements of | $ | 147.38 |
| leaving a balance on hand of[1] | $ | 90,270.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert B. Katz, Trustee | $ 1,936.63 | $ 0.00 | $ 1,936.63 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,936.63 |
| Remaining Balance | $ 88,333.75 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,742.26  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC assigne of | $ 219.59 | $ 0.00 | $ 219.59 |
| 000002 | PYOD, LLC its successors and assigns as | $ 2,036.50 | $ 0.00 | $ 2,036.50 |
| 000003 | PYOD, LLC its successors and assigns as | $ 554.51 | $ 0.00 | $ 554.51 |
| 000004 | Capital One, N.A. | $ 551.57 | $ 0.00 | $ 551.57 |
| 000005 | Capital One, N.A. | $ 1,297.79 | $ 0.00 | $ 1,297.79 |
| 000006 | Capital Recovery V, LLC | $ 1,230.45 | $ 0.00 | $ 1,230.45 |
| 000007 | Capital Recovery V, LLC | $ 1,833.23 | $ 0.00 | $ 1,833.23 |
| 000008 | Capital Recovery V, LLC | $ 843.72 | $ 0.00 | $ 843.72 |
| 000009 | Capital Recovery V, LLC | $ 1,174.90 | $ 0.00 | $ 1,174.90 |

Total to be paid to timely general unsecured creditors      $       9,742.26

Remaining Balance      $      78,591.49

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 40.03 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 78,551.46 .

Prepared By: /s/ROBERT B. KATZ

*Robert B. Katz, Trustee*
*53 West Jackson Boulevard*
*Suite 1320*
*Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Jose M. Padilla
Ruth J. Padilla
    Debtors

Case No. 12-09268-JSB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: froman     Page 1 of 2     Date Rcvd: Aug 11, 2014
                    Form ID: pdf006     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2014.

```
db          #+Jose M. Padilla,    16375 S. Terry Lane,    Oak Forest, IL 60452-4215
jdb         #+Ruth J. Padilla,    16375 S. Terry Lane,    Oak Forest, IL 60452-4215
aty          +Springer, Brown, Covey, Gaertner, & Davis LLC,    400 S Country Farm Road Ste 330,
               Wheaton, IL 60187-4547
20453663      Capital One, N.A.,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
               Malvern, PA 19355-0701
18595285     +Chase,    Cardmember Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
18595286     +Citibank,    P.O. Box 769006,    San Antonio, TX 78245-9006
18595287     +Citibank/Sears,    P.O. Box 6282,    Sioux Falls, SD 57117-6282
18595288     +Codilis & Associates, P.C.,    15W030 North Frontage Road,    Suite 100,
               Burr Ridge, IL 60527-6921
18595289     +Darvin Furniture,    15400 S. La Grange,    Orland Park, IL 60462-4799
18595296      Sears Cardmember Services,    P.O. Box 6286,    Sioux Falls, SD 57117-6286
18595297     +South Suburban Hospital,    17800 S. Kedzie,    Hazel Crest, IL 60429-0989
18595300     +WFNNB/Eddit Bauer,    PO Box 182789,    Columbus, OH 43218-2789
18595299     +Wells Fargo,    PO Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
18827766     +E-mail/Text: bnc@atlasacq.com Aug 12 2014 01:15:27      Atlas Acquisitions LLC,    294 Union St.,
               Hackensack, NJ 07601-4303
20150805     +E-mail/Text: bnc@atlasacq.com Aug 12 2014 01:15:27      Atlas Acquisitions LLC assigne of,
               GE Capital - Jc Penney,    294 Union St.,    Hackensack, NJ 07601-4303
20489975      E-mail/PDF: rmscedi@recoverycorp.com Aug 12 2014 01:36:26      Capital Recovery V, LLC,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
18595290     +E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2014 01:38:43      GE Capital/Walmart,
               P.O. Box 981400,    El Paso, TX 79998-1400
18595292      E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2014 01:33:53      JcPenney,    P.O. Box 960001,
               Orlando, FL 32896-0001
18595291      E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2014 01:38:43      JcPenney,    P.O. Box 960090,
               Orlando, FL 32896-0090
18595293      E-mail/Text: bnckohlsnotices@becket-lee.com Aug 12 2014 01:15:35      Kohl's Card,    P.O. Box 3043,
               Milwaukee, WI 53201-3043
18595294     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 12 2014 01:15:35      Kohls Department Store,
               P.O.Box 3115,    Milwaukee, WI 53201-3115
18595295     +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 12 2014 01:17:02      NCO Financial,
               507 Prudential Road,    Horsham, PA 19044-2368
20203439     +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 12 2014 01:33:52
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
18595298      E-mail/PDF: gecsedi@recoverycorp.com Aug 12 2014 01:33:53      Walmart Discover/GEMB,
               P.O. Box 960024,    Orlando, FL 32896-0024
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20453664*     Capital One, N.A.,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
               Malvern, PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2014                                                      Signature:  /s/Joseph Speetjens

```
District/off: 0752-1         User: froman              Page 2 of 2              Date Rcvd: Aug 11, 2014
                             Form ID: pdf006           Total Noticed: 24
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 8, 2014 at the address(es) listed below:

```
          David   Brown, ESQ    on behalf of Trustee Robert B Katz, ESQ dbrown@springerbrown.com,
           jkrafcisin@springerbrown.com
          John A Rottier    on behalf of Joint Debtor Ruth J. Padilla jrottier@katzlawchicago.com,
           aavila@katzlawchicago.com
          John A Rottier    on behalf of Debtor Jose M. Padilla jrottier@katzlawchicago.com,
           aavila@katzlawchicago.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter C Bastianen    on behalf of Creditor   WELLS FARGO BANK, N.A. ND-Four@il.cslegal.com
          Robert B Katz, ESQ    rkatztrustee@gmail.com, rkatz@ecf.epiqsystems.com
                                                                                             TOTAL: 6
```