UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PADILLA, JOSE M. | § | Case No. 12-09268 |
| PADILLA, RUTH J. | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $             (see **Exhibit 2**), yielded net receipts of $             from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/Robert B. Katz, Trustee_____
                                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JOSE M. PADILLA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Wells Fargo PO Box 10335 Des Moines, IA 50306 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citibank P.O. Box 769006 San Antonio, TX 78245 | | | | | |
| | Citibank P.O. Box 769006 San Antonio, TX 78245 | | | | | |
| | Citibank/Sears P.O. Box 6282 Sioux Falls, SD 57117 | | | | | |
| | Codilis & Associates, P.C. 15W030 North Frontage Road Suite 100 Burr Ridge, IL 60527 | | | | | |
| | Darvin Furniture 15400 S. La Grange Orland Park, IL 60462 | | | | | |
| | GE Capital/Walmart P.O. Box 981400 El Paso, TX 79998 | | | | | |
| | JcPenney P.O. Box 960001 Orlando, FL 32896-0001 | | | | | |
| | JcPenney P.O. Box 960090 Orlando, FL 32896-0090 | | | | | |
| | Kohl's Card P.O. Box 3043 Milwaukee, WI 53201-3043 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kohls Department Store P.O.Box 3115 Milwaukee, WI 53201 | | | | | |
| | NCO Financial 507 Prudential Road Horsham, PA 19044 | | | | | |
| | Sears Cardmember Services P.O. Box 6286 Sioux Falls, SD 57117-6286 | | | | | |
| | South Suburban Hospital 17800 S. Kedzie Hazel Crest, IL 60429 | | | | | |
| | WFNNB/Eddit Bauer PO Box 182789 Columbus, OH 43218 | | | | | |
| | Walmart Discover/GEMB P.O. Box 960024 Orlando, FL 32896-0024 | | | | | |
| 000001 | ATLAS ACQUISITIONS LLC ASSIGNE OF | | | | | |
| 000004 | CAPITAL ONE, N.A. | | | | | |
| 000005 | CAPITAL ONE, N.A. | | | | | |
| 000006 | CAPITAL RECOVERY V, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000007 | CAPITAL RECOVERY V, LLC | | | | | |
| 000008 | CAPITAL RECOVERY V, LLC | | | | | |
| 000009 | CAPITAL RECOVERY V, LLC | | | | | |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| 000003 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| | ATLAS ACQUISITIONS LLC ASSIGNE OF | | | | | |
| | CAPITAL ONE, N.A. | | | | | |
| | CAPITAL RECOVERY V, LLC | | | | | |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-09268 | JSB | Judge: JANET S. BAER | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|---|
| Case Name: | PADILLA, JOSE M. | | | Date Filed (f) or Converted (c): | 03/09/12 (f) |
| | PADILLA, RUTH J. | | | 341(a) Meeting Date: | 05/03/12 |
| For Period Ending: | 11/04/14 | | | Claims Bar Date: | 06/07/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. primary residence commonly known as 16375 S. Terry | 150,600.00 | 0.00 | | 0.00 | FA |
| 2. Checking account held by Citibank | 300.00 | 0.00 | | 0.00 | FA |
| 3. Savings account held Citibank | 50.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods | 500.00 | 0.00 | | 0.00 | FA |
| 5. clothing | 300.00 | 0.00 | | 0.00 | FA |
| 6. possible personal injury case against Hunter Dougl | Unknown | 250,000.00 | | 90,417.76 | FA |
| 7. 2002 GMC Yukon with 150,000 miles in fair conditio | 7,430.00 | 0.00 | | 0.00 | FA |
| 8. 1994 Toyota 4Runner with 190,000 miles in fair con | 2,034.00 | 0.00 | | 0.00 | FA |
| 9. 2 computers | 400.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $161,614.00 | $250,000.00 | | $90,417.76 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee retained counsel and special counsel. Debtors are plaintiffs in a lawsuit for the wrongful death of their son.

Pre-trail settlement reached in March, 2014. Trustee received findings and net settlement funds as directed by probate

court in April, 2014.

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

Ver: 18.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-09268 -JSB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | PADILLA, JOSE M. | Bank Name: | ASSOCIATED BANK |
| | PADILLA, RUTH J. | Account Number / CD #: | *******7068 Checking Account |
| Taxpayer ID No: | *******1125 | | |
| For Period Ending: | 11/04/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/28/14 | 6 | Arturo Jauregui PC<br>Attorney or law firm<br>acting as escrowee for client funds<br>120 W. Madison St. Ste. 400<br>Chicago, IL 60602-4177 | | 1149-000 | 45,208.88 | | 45,208.88 |
| 04/28/14 | 6 | Arturo Jauregui PC<br>Attorney or law firm<br>acting as escrowee for client funds<br>120 W. Madsison St. Ste. 400<br>Chicago, IL 60602-4177 | | 1149-000 | 45,208.88 | | 90,417.76 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 13.01 | 90,404.75 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 134.37 | 90,270.38 |
| * 09/11/14 | 010001 | Robert B. Katz<br>53 West Jackson Blvd<br>Suite 1320 | TRUSTEE FEES | 2100-003 | | 1,936.63 | 88,333.75 |
| * 09/11/14 | 010001 | Robert B. Katz<br>53 West Jackson Blvd<br>Suite 1320 | TRUSTEE FEES | 2100-003 | | -1,936.63 | 90,270.38 |
| * 09/11/14 | 010002 | Atlas Acquisitions LLC assigne of<br>GE Capital - Jc Penney<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 100.40985% | | | 220.49 | 90,049.89 |
| | | | Claim 219.59 | 7100-003 | | | |
| | | | Interest 0.90 | 7990-003 | | | |
| * 09/11/14 | 010002 | Atlas Acquisitions LLC assigne of<br>GE Capital - Jc Penney<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 100.40985% | | | -220.49 | 90,270.38 |
| | | | Claim ( 219.59 ) | 7100-003 | | | |

Page Subtotals 90,417.76 147.38

Ver: 18.03a

FORM 2

Page: 2

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-09268 -JSB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | PADILLA, JOSE M. | Bank Name: | ASSOCIATED BANK |
| | PADILLA, RUTH J. | Account Number / CD #: | *******7068  Checking Account |
| Taxpayer ID No: | *******1125 | | |
| For Period Ending: | 11/04/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 09/11/14 | 010003 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Interest      (         0.90) Claim 000002, Payment 100.41100% | 7990-003 | | 2,044.87 | 88,225.51 |
| | | | Claim            2,036.50 | 7100-003 | | | |
| | | | Interest              8.37 | 7990-003 | | | |
| * 09/11/14 | 010003 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000002, Payment 100.41100% | | | -2,044.87 | 90,270.38 |
| | | | Claim      (    2,036.50 ) | 7100-003 | | | |
| | | | Interest      (         8.37) | 7990-003 | | | |
| * 09/11/14 | 010004 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | Claim 000003, Payment 100.41117% | | | 556.79 | 89,713.59 |
| | | | Claim              554.51 | 7100-003 | | | |
| | | | Interest              2.28 | 7990-003 | | | |
| * 09/11/14 | 010004 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 | Claim 000003, Payment 100.41117% | | | -556.79 | 90,270.38 |

Page Subtotals            0.00         0.00

Ver: 18.03a

FORM 2

Page: 3

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-09268 -JSB | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | PADILLA, JOSE M. | | Bank Name: | ASSOCIATED BANK |
| | PADILLA, RUTH J. | | Account Number / CD #: | *******7068 Checking Account |
| Taxpayer ID No: | *******1125 | | | |
| For Period Ending: | 11/04/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Greenville, SC 29602 | Claim ( 554.51 ) | 7100-003 | | | |
| | | | Interest ( 2.28) | 7990-003 | | | |
| * 09/11/14 | 010005 | Capital One, N.A.<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 100.41155% | | | 553.84 | 89,716.54 |
| | | | Claim 551.57 | 7100-003 | | | |
| | | | Interest 2.27 | 7990-003 | | | |
| * 09/11/14 | 010005 | Capital One, N.A.<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 100.41155% | | | -553.84 | 90,270.38 |
| | | | Claim ( 551.57 ) | 7100-003 | | | |
| | | | Interest ( 2.27) | 7990-003 | | | |
| * 09/11/14 | 010006 | Capital One, N.A.<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 100.41070% | | | 1,303.12 | 88,967.26 |
| | | | Claim 1,297.79 | 7100-003 | | | |
| | | | Interest 5.33 | 7990-003 | | | |
| * 09/11/14 | 010006 | Capital One, N.A.<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 100.41070% | | | -1,303.12 | 90,270.38 |

Page Subtotals 0.00 0.00

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-09268 -JSB | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | PADILLA, JOSE M. | | Bank Name: | ASSOCIATED BANK |
| | PADILLA, RUTH J. | | Account Number / CD #: | *******7068 Checking Account |
| Taxpayer ID No: | *******1125 | | | |
| For Period Ending: | 11/04/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Claim ( 1,297.79 ) | 7100-003 | | | |
| | | | Interest ( 5.33) | 7990-003 | | | |
| * 09/11/14 | 010007 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 100.41123% | | | 1,235.51 | 89,034.87 |
| | | | Claim 1,230.45 | 7100-003 | | | |
| | | | Interest 5.06 | 7990-003 | | | |
| * 09/11/14 | 010007 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 100.41123% | | | -1,235.51 | 90,270.38 |
| | | | Claim ( 1,230.45 ) | 7100-003 | | | |
| | | | Interest ( 5.06) | 7990-003 | | | |
| * 09/11/14 | 010008 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 100.41075% | | | 1,840.76 | 88,429.62 |
| | | | Claim 1,833.23 | 7100-003 | | | |
| | | | Interest 7.53 | 7990-003 | | | |
| * 09/11/14 | 010008 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 100.41075% | | | -1,840.76 | 90,270.38 |
| | | | Claim ( 1,833.23 ) | 7100-003 | | | |
| | | | Interest ( 7.53) | 7990-003 | | | |
| * 09/11/14 | 010009 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120 | Claim 000008, Payment 100.41127% | | | 847.19 | 89,423.19 |

Page Subtotals    0.00    847.19

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-09268 -JSB | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|
| Case Name: | PADILLA, JOSE M. | Bank Name: | ASSOCIATED BANK |
| | PADILLA, RUTH J. | Account Number / CD #: | *******7068 Checking Account |
| Taxpayer ID No: | *******1125 | | |
| For Period Ending: | 11/04/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Miami FL 33131-1605 | Claim 843.72 | 7100-003 | | | |
| | | | Interest 3.47 | 7990-003 | | | |
| * 09/11/14 | 010009 | Capital Recovery V, LLC | Claim 000008, Payment 100.41127% | | | -847.19 | 90,270.38 |
| | | c/o Recovery Management Systems Corporat | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| | | | Claim ( 843.72 ) | 7100-003 | | | |
| | | | Interest ( 3.47) | 7990-003 | | | |
| * 09/11/14 | 010010 | Capital Recovery V, LLC | Claim 000009, Payment 100.41025% | | | 1,179.72 | 89,090.66 |
| | | c/o Recovery Management Systems Corporat | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| | | | Claim 1,174.90 | 7100-003 | | | |
| | | | Interest 4.82 | 7990-003 | | | |
| * 09/11/14 | 010010 | Capital Recovery V, LLC | Claim 000009, Payment 100.41025% | | | -1,179.72 | 90,270.38 |
| | | c/o Recovery Management Systems Corporat | | | | | |
| | | 25 SE 2nd Avenue Suite 1120 | | | | | |
| | | Miami FL 33131-1605 | | | | | |
| | | | Claim ( 1,174.90 ) | 7100-003 | | | |
| | | | Interest ( 4.82) | 7990-003 | | | |
| * 09/11/14 | 010011 | JOSE M. PADILLA | Surplus Funds | 8200-003 | | 78,551.46 | 11,718.92 |
| | | 16375 S. TERRY LANE | | | | | |
| | | OAK FOREST, IL 60452 | | | | | |
| * 09/11/14 | 010011 | JOSE M. PADILLA | Surplus Funds | 8200-003 | | -78,551.46 | 90,270.38 |
| | | 16375 S. TERRY LANE | | | | | |
| | | OAK FOREST, IL 60452 | | | | | |
| 09/11/14 | 010012 | Robert B. Katz | TRUSTEE FEES | 2100-000 | | 1,936.63 | 88,333.75 |
| | | 53 West Jackson Blvd | | | | | |

Page Subtotals 0.00 1,089.44

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-09268 -JSB | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | PADILLA, JOSE M. | | Bank Name: | ASSOCIATED BANK |
| | PADILLA, RUTH J. | | Account Number / CD #: | *******7068  Checking Account |
| Taxpayer ID No: | *******1125 | | | |
| For Period Ending: | 11/04/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/11/14 | 010013 | Suite 1320<br>Atlas Acquisitions LLC assigne of<br>GE Capital - Jc Penney<br>294 Union St.<br>Hackensack, NJ 07601 | Claim 000001, Payment 100.40985% | | | 220.49 | 88,113.26 |
| | | | Claim           219.59 | 7100-000 | | | |
| | | | Interest            0.90 | 7990-000 | | | |
| 09/11/14 | 010014 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 100.41100% | | | 2,044.87 | 86,068.39 |
| | | | Claim         2,036.50 | 7100-000 | | | |
| | | | Interest            8.37 | 7990-000 | | | |
| 09/11/14 | 010015 | PYOD, LLC its successors and assigns as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000003, Payment 100.41117% | | | 556.79 | 85,511.60 |
| | | | Claim           554.51 | 7100-000 | | | |
| | | | Interest            2.28 | 7990-000 | | | |
| 09/11/14 | 010016 | Capital One, N.A.<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000004, Payment 100.41155% | | | 553.84 | 84,957.76 |
| | | | Claim           551.57 | 7100-000 | | | |
| | | | Page Subtotals | | 0.00 | 3,375.99 | |

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 14)

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-09268 -JSB | | Trustee Name: | Robert B. Katz, Trustee |
|---|---|---|---|---|
| Case Name: | PADILLA, JOSE M. | | Bank Name: | ASSOCIATED BANK |
| | PADILLA, RUTH J. | | Account Number / CD #: | *******7068 Checking Account |
| Taxpayer ID No: | *******1125 | | | |
| For Period Ending: | 11/04/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest 2.27 | 7990-000 | | | |
| 09/11/14 | 010017 | Capital One, N.A.<br>Becket and Lee LLP<br>Attorneys/Agent for Creditor<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000005, Payment 100.41070% | | | 1,303.12 | 83,654.64 |
| | | | Claim 1,297.79 | 7100-000 | | | |
| | | | Interest 5.33 | 7990-000 | | | |
| 09/11/14 | 010018 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000006, Payment 100.41123% | | | 1,235.51 | 82,419.13 |
| | | | Claim 1,230.45 | 7100-000 | | | |
| | | | Interest 5.06 | 7990-000 | | | |
| 09/11/14 | 010019 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000007, Payment 100.41075% | | | 1,840.76 | 80,578.37 |
| | | | Claim 1,833.23 | 7100-000 | | | |
| | | | Interest 7.53 | 7990-000 | | | |
| 09/11/14 | 010020 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000008, Payment 100.41127% | | | 847.19 | 79,731.18 |
| | | | Claim 843.72 | 7100-000 | | | |
| | | | Interest 3.47 | 7990-000 | | | |
| 09/11/14 | 010021 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120 | Claim 000009, Payment 100.41025% | | | 1,179.72 | 78,551.46 |

Page Subtotals 0.00 6,406.30

Ver: 18.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

FORM 2        Page: 8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| | |
|---|---|
| Case No: 12-09268 -JSB | Trustee Name: Robert B. Katz, Trustee |
| Case Name: PADILLA, JOSE M. | Bank Name: ASSOCIATED BANK |
| PADILLA, RUTH J. | Account Number / CD #: *******7068 Checking Account |
| Taxpayer ID No: *******1125 | |
| For Period Ending: 11/04/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/11/14 | 010022 | Miami FL 33131-1605<br><br>JOSE M. PADILLA<br>16375 S. TERRY LANE<br>OAK FOREST, IL 60452 | Claim      1,174.90<br>Interest      4.82<br>Surplus Funds | 7100-000<br>7990-000<br>8200-002 | | 78,551.46 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 90,417.76 | 90,417.76 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 90,417.76 | 90,417.76 | |
| Less: Payments to Debtors | | 78,551.46 | |
| Net | 90,417.76 | 11,866.30 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********7068 | 90,417.76 | 11,866.30 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 90,417.76 | 11,866.30 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature:    /s/ Robert B. Katz, Trustee    Date: 11/04/14
ROBERT B. KATZ, TRUSTEE

Page Subtotals     0.00     78,551.46

Ver: 18.03a